[No. 16411-6-II.     Division Two.     June 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY A. McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-8-00185-1, Stephen L. Olson, J. Pro

Tem., entered September 3, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.